UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JEFFREY C. WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:   Probation Violation

<u>Date of Detention Hearing</u>:   February 21, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged in the District of Wyoming (Case No. 2:05M2409-001) with violating conditions of probation. Defendant has waived an identity hearing and an order of

DETENTION ORDER                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                      Rev. 1/91
PAGE 1

transfer has been signed.

2. Defendant was not interviewed by Pretrial Services. He was born in Seattle, Washington, is single, and currently resides in Kirkland, Washington. He is believed to be employed at the Boeing Company. Because he was not interviewed, there is no additional information available about his personal history, residence, family ties or other ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

3. Defendant's criminal history includes prior charges for DUI, DWLS in the 2nd degree, and criminal trespass. Defendant was on a deferred prosecution from Redmond, Washington at the time he was convicted of similar charges in the District of Wyoming.

4. Defendant does not oppose detention at this time. He wishes to have the opportunity to have local counsel in the District of Wyoming present the issue of release to the court at that time.

5. Defendant poses a risk of nonappearance due to lack of verified background information, some failures to appear, a history of failing to comply with court orders including treatment, possible alcohol abuse issues and the new arrest in Wyoming while on a deferred prosecution in Washington state, both for alcohol-related cases. He poses a risk of danger due to the nature of the charges and criminal history, which includes multiples prior alcohol charges.

6. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

/ / /

It is therefore ORDERED:

    (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge